**Order filed, July 17, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00521-CV

_____

## DOUGLAS LAMB, Appellant

## V.

## TEXAS SECRETARY OF STATE, Appellee

---

**On Appeal from the 250th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-18-000382**

---

## ORDER

The reporter's record in this case was due **July 1, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Leah Hayes**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM